IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOBIAS PLATTS, | No. 2:23-CV-1823-TLN-DMC |
| Plaintiff, | |
| v. | ORDER |
| WESTERN REFINING RETAIL, LLC, | |
| Defendant. | |

Plaintiff, who is proceeding pro se, brings this civil action. This matter is set for an initial status/scheduling conference before the undersigned on September 18, 2024, at 10:00 a.m., via Zoom. On or before September 11, 2024, the parties shall meet and confer and file with the Court a joint scheduling conference statement consistent with Eastern District of California Local Rule 240(a).

IT IS SO ORDERED.

Dated: August 16, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1