IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOBIAS PLATTS,<br><br>  Plaintiff,<br><br>  v.<br><br>WESTERN REFINING RETAIL, LLC,<br><br>  Defendant. | No.  2:23-CV-1823-TLN-DMC<br><br><br>SCHEDULING ORDER |

Plaintiff, who is proceeding pro se, brings this civil action.  A scheduling conference was held before the undersigned on September 18, 2024, at 10:00 a.m.  Plaintiff appeared pro se.  Eric Welter, Esq., appeared for Defendant.  Upon consideration of the joint status report on file in this action, discussion with the parties, and good cause appearing therefor, the Court will, by this order, set a schedule pursuant to Federal Rule of Civil Procedure 16(b).

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Jurisdiction and venue are not contested.

2. No further joinder of parties or amendments to the pleadings is permitted without stipulation or leave of Court for good cause shown.

3. The parties are advised that they may, if all consent, have the matter re-assigned for all purposes, including entry of final judgment, to the undersigned Magistrate Judge. Given the extraordinary back-log of civil cases in this district, coupled with the shortage of District Judges and pandemic-related delays in criminal cases, it is not anticipated that this matter could be set for trial before the assigned District Judge at any time within the next two years. A trial before the District Judge within the next three years is also unlikely. The parties will be able to obtain an earlier trial date by consenting to Magistrate Judge jurisdiction. Any jury trial by consent to the undersigned would be conducted in Sacramento, California. The parties are encouraged to meet and confer regarding the issue of consent and requested to notify the Court of the respective elections at their earliest opportunity.

4. At the scheduling conference, Plaintiff requested leave to E-file. A review of the docket reflects no such formal request. Plaintiff is advised that, in order to obtain leave to E-file, he must file an application pursuant to Eastern District of California Local Rule 133(b)(3).

5. The Court sets the following pre-trial schedule for this litigation:

<u>Initial Disclosures</u>: The parties are directed to exchange initial disclosures as required by Federal Rule of Civil Procedure 26(a) on or before **October 1, 2024**.

<u>Non-Expert Discovery</u>: All non-expert discovery shall be completed and all motions pertaining to non-expert discovery shall be noticed to be heard by **April 16, 2025**.

<u>Expert Witness Designations</u>: The parties shall exchange initial lists of expert witnesses no later than **April 9, 2025**. The parties shall exchange lists of rebuttal expert witnesses no later than **April 18, 2025**. Such disclosures must be made pursuant to Federal Rule of Civil Procedure 26(a)(2)(A) and (B). The parties are reminded of their obligation to supplement these disclosures when required under Federal Rule of Civil Procedure 26(e).

///

        <u>Expert Discovery</u>: All expert discovery shall be completed and all motions pertaining to expert discovery shall be noticed to be heard by **May 8, 2025**.

        <u>Discovery Motions</u>: Motions regarding discovery shall be noticed before the undersigned, as provided by Eastern District of California Local Rule 302(c).

        <u>Dispositive Motions</u>: All dispositive motions shall be filed by **May 26, 2025**, and noticed for a hearing on the earliest available law and motion date on the undersigned's calendar, as provided by Eastern District of California Local Rule 302(c).

        <u>Duty to Supplement</u>: The parties are reminded of their continuing obligation to supplement their initial disclosures, discovery responses, and expert witness designations when required under Federal Rule of Civil Procedure 26(e).

6. After consideration of the parties' comments related to settlement, the parties are directed to notify the Court prior to any final pre-trial conference whether they request a court settlement conference date or referral to the Voluntary Dispute Resolution Program. The parties shall file said notification or request for referral jointly, in writing. If the parties are requesting a court-convened settlement conference, the parties shall also advise whether they waive a conflict as to the assigned Magistrate Judge for the purposes of a court-convened settlement conference. Given the parties' indication that they intend to participate in private mediation, the Court sets a deadline of **April 30, 2025**, to complete this process.

7. A pre-trial conference is set for **July 10, 2025, at 2:00 p.m.**, before the District Judge in Sacramento, California. The parties are directed to file a joint pre-trial statement that complies with the requirements of Eastern District of California Local Rule 281.

8. A schedule for motions in limine will be set by the District Judge in the final pre-trial order.

9. A five-day jury trial is set to commence before the District Judge on **September 15, 2025, at 9:00 a.m.**, in Sacramento, California.

/ / /

/ / /

/ / /

10. This case schedule will become final without further order of the Court unless objections are filed within 14 days of the date of this order. The schedule, once final, shall not be modified except on application to the Court showing good cause.

Dated: September 20, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE