IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOBIAS PLATTS,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>WESTERN REFINING RETAIL, LLC,<br><br>　　　　　Defendant. | No. 2:23-CV-1823-TLN-DMC<br><br><br>ORDER |

　　　　　Plaintiff, who is proceeding pro se, brings this civil action. Pursuant to the Court's order issued on February 4, 2025, the parties were directed to appear for a hearing on Defendant's motion to compel discovery and/or terminating sanctions before the undersigned on March 5, 2025. See ECF No. 21. At the hearing, Eric Welter, Esq., appeared on behalf of Defendant and Plaintiff failed to appear.

　　　　　Plaintiff is now directed to show cause in writing by April 3, 2025, why terminating sanctions should not be imposed for failure to comply with Rule 26 disclosures, as argued in Defendant's motion, and failure to comply with the February 4, 2025, order. Parties are ordered to appear on April 3, 2025, at 10:00 a.m. before the undersigned. Defendant's counsel, who is located in Ashburn, Virginia, may appear remotely via Zoom. The Court will provide connection information separately. Plaintiff, who is located in Chico, California, is directed to appear in person. If Plaintiff demonstrates to this Court's satisfaction his good faith participation

1

by complying with Rule 26 disclosures, responding to this order to show cause, and appearing on April 3, 2025, the undersigned will hear arguments on April 3, 2025, as to this matter proceeding. Plaintiff is warned that failure to comply with this order and failure to appear in person on April 3, 2025, may result in terminating sanctions on this matter.

   IT IS SO ORDERED.

Dated:  March 5, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE